FILED: October 24, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1590
(1:14-cv-00277-JFM)
_____

EVARD DEMOTT

    Plaintiff - Appellant

v.

CSX TRANSPORTATION, INC. - BALTIMORE DIVISION

    Defendant - Appellee

_____

O R D E R
_____

Costs for these proceedings are taxed and certified in the amount of $734.75, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk

# U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM (Civil Cases)

**Directions:** Under FRAP 39(a), the costs of appeal in a civil action are generally taxed against appellant if a judgment is affirmed or the appeal is dismissed. Costs are generally taxed against appellee if a judgment is reversed. If a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed as the court orders. A party who wants costs taxed must, within 14 days after entry of judgment, file an itemized and verified bill of costs, as follows:

- Itemize any fee paid for docketing the appeal. The fee for docketing a case in the court of appeals is $500 (effective 12/1/2013). The $5 fee for filing a notice of appeal is recoverable as a cost in the district court.
- Itemize the costs (not to exceed $.15 per page) for copying the necessary number of formal briefs and appendices. (Effective 10/1/2015, the court requires 1 copy when filed; 3 more copies when tentatively calendared; 0 copies for service unless brief/appendix is sealed.). The court bases the cost award on the page count of the electronic brief/appendix. Costs for briefs filed under an informal briefing order are not recoverable.
- Cite the statutory authority for an award of costs if costs are sought for or against the United States. See 28 U.S.C. § 2412 (limiting costs to civil actions); 28 U.S.C. § 1915(f)(1) (prohibiting award of costs against the United States in cases proceeding without prepayment of fees).

Any objections to the bill of costs must be filed within 14 days of service of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

Case Number & Caption: **No. 16-1590, Evard Demott v. CSX Transportation, Inc.**

Prevailing Party Requesting Taxation of Costs: **Evard Demott**

| Appellate Docketing Fee (prevailing appellants): | Amount Requested: $ 500 | | | Amount Allowed: |  |
|---|---|---|---|---|---|
| **Document** | **No. of Pages** | | **No. of Copies** | **Page Cost (≤ $.15)** | **Total Cost** |
|  | Requested | Allowed | Requested | Allowed |  | Requested | Allowed |
| Brief | 41 |  | 1 |  | $.15 | $ 6.15 |  |
| Appendices | 1485 |  | 1 |  | $.15 | $ 222.75 |  |
| Reply Brief | 39 |  | 1 |  | $.15 | $ 5.85 |  |
|  |  |  |  |  |  |  |  |
| **TOTAL BILL OF COSTS:** |  |  |  |  |  | $ 734.75 | $0.00 |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per page or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 permits an award of costs.
3. I declare under penalty of perjury that these costs are true and correct and were necessarily incurred in this action.

Signature: _____    Date: 9/12/17

## Certificate of Service

I certify that on this date I served this document as follows:
I electronically filed the foregoing with the Court's CM/ECF System. Notice of the filing will be sent via CM/ECF to: Jacqueline M. Holmes, Thomas R. Chiavetta, JONES DAY, 51 Louisiana Ave., N.W., Washington, D.C. 20001, jholmes@jonesday.com, tchiavetta@jonesday.com

Signature: _____    Date: 9/12/17

12/30/2016 PSC/ SCC

# FedExOffice.

FedEx Office is your destination
for printing and shipping.

1924 York Rd
Timonium, MD 21093-4226
Tel: (410) 252-2888

8/23/2016                    12:22:32 PM EST
Team Member: Kwanesha S.
Customer: David Leibensperger
Account #: XXXXXX4049-0012
Account: BERMAN SOBIN & GROSS LLP

INVOICE
Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 036700004959

---

Account #: XXXXXX4049-0012
Authorized User: TAMIKO CAMPBELL
Account: BERMAN SOBIN & GROSS LLP
Reference: n/a
Signee: Tamiko Campbell
Signee Phone: (443) 285-9453

---

| print 40 | Qty 1 | 10.49 |
|---|---|---|
| BW 1S on 24# Wht | 40 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |
| Comb CardStk Cvr | 1 @ | 4.4900 T |
| 000458 Reg. Price | 4.49 | |
| Price per piece | 10.49 | |
| Regular Total | 10.49 | |
| Discounts | 0.00 | |

| print 223 | Qty 1 | 67.93 |
|---|---|---|
| BW 2S on 24# Wht | 223 @ | 0.2800 T |
| 000331 Reg. Price | 0.30 | |
| Comb CardStk >1" | 1 @ | 5.4900 T |
| 000459 Reg. Price | 5.49 | |
| Price per piece | 67.93 | |
| Regular Total | 72.39 | |
| Discounts | 4.46 | |

| print 224 | Qty 1 | 68.21 |
|---|---|---|
| BW 2S on 24# Wht | 224 @ | 0.2800 T |
| 000331 Reg. Price | 0.30 | |
| Comb CardStk >1" | 1 @ | 5.4900 T |
| 000459 Reg. Price | 5.49 | |
| Price per piece | 68.21 | |
| Regular Total | 72.69 | |
| Discounts | 4.48 | |

| Sub-Total | 146.63 |
|---|---|
| Tax | 8.80 |
| Deposit | 0.00 |
| **Total** | **155.43** |
| Invoiced Account | 155.43 |
| Total Tender | 155.43 |
| Change Due | 0.00 |
| Total Discounts | 8.94 |



*036700040115*

I am an authorized agent of the company
and my signature authorizes the
company to pay for all items reflected
on this invoice.

---

Please remit payment to:

FedEx Office
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085

Questions? Please call:
1-800-488-3705

Tell us how we're doing and receive
15% off your next $20 print order
fedex.com/wellsten or 1-800-398-0242
Offer Code:____ Offer expires 12/31/16

# FedEx Office.

```
          FedEx Office
          1924 York Rd
      Timonium, MD 21093-4226
          (410) 252-2888
Order Date: 08/24/2016    Branch: 0367
Order Time: 15:53:00      Register: 04
Pickup Date: 08/25/2016
Pickup Time: 16:00
Team Member: Kwanesha S.
```

PICK UP ORDER

0367020391

---

Customer: David Leibensperger

---

```
Project Name:
Appendix 1                         68.17
             1 @ 72.64
Project Name:
Appendix 2                         68.17
             1 @ 72.64
Project Name:
Appendix 3                         68.17
             1 @ 72.64


Sub-Total (TAX NOT INCLUDED)      204.51
Balance Due                         0.00
```

---

PICK UP ORDER

0367020391

---

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

---



FedEx Office is your destination
for printing and shipping.


1924 York Rd
Timonium, MD 21093-4226
Tel: (410) 252-2888

10/21/2016                9:44:07 AM EST
Team Member: Malika B.
Customer: Dave Leibensperger
Account #: XXXXXX4049-0010
Account: BERMAN SOBIN & GROSS LLP
Reference: n/a

INVOICE
Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 036700004998

Account #: XXXXXX4049-0010
Authorized User: KRISTI STEVENSON
Account: BERMAN SOBIN & GROSS LLP
Reference: n/a
Signee: david leibensperger
Signee Phone: (443) 285-9453


| Book | Qty 1 | 9.89 |
|---|---|---|
| BW 1S on 24# Wht | 36 @ | 0.1500 T |
| 000330 Reg. Price | 0.15 | |
| Comb CardStk Cvr | 1 @ | 4.4900 T |
| 000458 Reg. Price | 4.49 | |
| Price per piece | 9.89 | |
| Regular Total | 9.89 | |
| Discounts | 0.00 | |

| Sub-Total | | 9.89 |
|---|---|---|
| Tax | | 0.80 |
| Deposit | | 0.00 |
| **Total** | | **10.49** |
| Invoiced Account | | 10.49 |
| Total Tender | | 10.49 |
| Change Due | | 0.00 |